

## McCARTER &ENGLISH
#### ATTORNEYS AT LAW

June 16, 2011

**BY ELECTRONIC FILING**

Hon. David N. Hurd
U.S. District Court
Northern District of New York
100 South Clinton Street
Syracuse, NY  13261-7367

Brian J. Osias
Partner

T. 973.639.6956
F. 973.297.3904
bosias@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ  07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Re:  *Fulton Boiler Works, Inc. v. Am. Motorists Ins. Co. et al.*
     Docket No. 06-CV-1117

Dear Judge Hurd:

We represent plaintiff Fulton Boiler Works, Inc. ("Fulton").  Fulton submits this letter request in response to defendant/third-party defendant Travelers Casualty and Surety Company, f/k/a The Aetna Casualty and Surety Company's ("Travelers") June 14, 2011 letter brief.  Fulton respectfully requests leave to respond to Travelers' letter brief by June 27, 2011.

If Your Honor has any questions or requires any additional information, please do not hesitate to contact us.

Respectfully,

Brian J. Osias

BJO/ks

cc:  All Counsel of Record (by electronic filing)

ME1 11870131v.1